IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIA KELLY | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv176HSO-JMR |
| | § | |
| WASHINGTON MUTUAL | § | DEFENDANT |

## JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss filed on May 23, 2008 [3-1]. The Court, after a review and consideration of Defendant's Motion, Plaintiff's Response, Defendant's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(6) on Plaintiff's National Flood Insurance Act claim, and that claim is hereby dismissed with prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, because this Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state common law claims, if any, this cause is hereby **REMANDED TO THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI**. All remaining pending motions are hereby rendered moot, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 5th day of December, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE