IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| MARIA KELLY | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv176HSO-JMR |
| | § | |
| WASHINGTON MUTUAL | § | DEFENDANT |

## JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss filed on January 30, 2009 [15-1]. The Court, after a review and consideration of Defendant's Motion, Plaintiff's Response, Defendant's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 12(b)(6) and the above captioned cause is hereby dismissed with prejudice with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE